FILED
08 JAN 16 PM 3:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   '08 CR 0142 W

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) <br> ) I N D I C T M E N T |
| v. | ) Title 8, U.S.C., <br> ) Sec. 1324(a)(2)(B)(ii) - |
| DAVID MARTINEZ-DURAN, | ) Bringing in Illegal Aliens for <br> ) Financial Gain; Title 18, U.S.C., |
| Defendant. | ) Sec. 2 - Aiding and Abetting; <br> ) Title 8, U.S.C., <br> ) Sec. 1324(a)(2)(B)(iii) - Bringing <br> ) in Illegal Aliens Without <br> ) Presentation |

The grand jury charges:

Count 1

On or about February 27, 2007, within the Southern District of California, defendant DAVID MARTINEZ-DURAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martha Yudith Santos Andrade, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

PJM:nlv:San Diego
1/16/08

### Count 2

On or about February 27, 2007, within the Southern District of California, defendant DAVID MARTINEZ-DURAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martha Yudith Santos Andrade, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 3

On or about February 27, 2007, within the Southern District of California, defendant DAVID MARTINEZ-DURAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria de La Luz Escobar Quintero, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 4

On or about February 27, 2007, within the Southern District of California, defendant DAVID MARTINEZ-DURAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria de La Luz Escobar Quintero, had not received prior official authorization to come to,

1  enter and reside in the United States, did bring to the United States
2  said alien and upon arrival did not bring and present said alien
3  immediately to an appropriate immigration officer at a designated port
4  of entry; in violation of Title 8, United States Code,
5  Section 1324(a)(2)(B)(iii).

## Count 5

On or about November 8, 2007, within the Southern District of California, defendant DAVID MARTINEZ-DURAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Karina Flores-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 6

On or about November 8, 2007, within the Southern District of California, defendant DAVID MARTINEZ-DURAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Karina Flores-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

//

//

### Count 7

On or about January 2, 2008, within the Southern District of California, defendant DAVID MARTINEZ-DURAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Piedad Alvarado-Mata, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 8

On or about January 2, 2008, within the Southern District of California, defendant DAVID MARTINEZ-DURAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Piedad Alvarado-Mata, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: January 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
PETER J. MAZZA
Assistant U.S. Attorney