1  KAREN P. HEWITT
   United States Attorney
2  PETER J. MAZZA
   Assistant U.S. Attorney
3  California State Bar No. 239918
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5528/(619) 235-2757 (Fax)
   Email: peter.mazza@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    Criminal Case No. 08cr0142-W
                                    )
11                     Plaintiff,   )
                                    )    NOTICE OF APPEARANCE
12            v.                    )
                                    )
13 DAVID MARTINEZ-DURAN (1),        )
                                    )
14                                  )
                       Defendant.   )
15                                  )
                                    )
16                                  )

17 _____

18 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

20      I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-

21 4.

22      The following government attorneys (who are admitted to practice in this court or authorized to

23 practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

24 for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

25 case:

26      Name (If none, enter "None" below)

27      None.

28

1

2      Effective this date, the following attorneys are no longer associated with this case and should not

3   receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

4   Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

5      Name (If none, enter "None" below)

6      None.

7      Please call me if you have any questions about this notice.

8      DATED: January 24, 2008.

Respectfully submitted,

9

KAREN P. HEWITT
10                                                  United States Attorney

11                                                  s/Peter J. Mazza
                                                    _____
12                                                  PETER J. MAZZA
                                                    Assistant United States Attorney
13                                                  Attorneys for Plaintiff
                                                    United States of America
14                                                  Email: peter.mazza @usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance
United States v. Martinez-Duran          2                          08cr0142-W

1

2                    UNITED STATES DISTRICT COURT

3                   SOUTHERN DISTRICT OF CALIFORNIA

4

5

6    UNITED STATES OF AMERICA,          )    Case No. 08cr0142-W
                                        )
7                        Plaintiff,     )
                                        )
8           v.                          )
                                        )    CERTIFICATE OF SERVICE
9    DAVID MARTINEZ-DURAN (1),          )
                                        )
10                       Defendant.     )
                                        )

11   IT IS HEREBY CERTIFIED THAT:

12        I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age.  My

13   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

14        I am not a party to the above-entitled action.  I have caused service of Government's Notice of

15   Appearance on the following party by electronically filing the foregoing with the Clerk of the District

16   Court using its ECF System, which electronically notifies them.

17        Heather Rogers, Attorney for Defendant David Martinez-Duran
          heather_rogers@rogersdefense.com
18

19        I declare under penalty of perjury that the foregoing is true and correct.
          Executed on January 24, 2008.
20
                                        /s/ Peter J. Mazza
21                                      PETER J. MAZZA

22

23

24

25

26

27

28