UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Martinez-Duran ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR 0142-W <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Piedad Alvarado-Mata

DATED: 01/31/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
                  Deputy Clerk