1  Christian De Olivas
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:  (714) 646-3721

**FILED**

FEB - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 308-cr-00142-W-1 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| DAVID MARTINEZ-DURAN, | |
| Defendant | |

_DAVID MARTINEZ-DURAN_ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, _HEATHER ROGERS_.

DATED: X 02/07/08        X _[signature]_
                              DEFENDANT

I consent to the above substitution.

DATED: 02/07/2008        _[signature]_
                              PRESENT ATTORNEY

1                              308 CR 00142-W-1

1  //
2  I am duly admitted to practice in this district.
3  I accept the above substitution.
4
5  DATED: __02-07-08__  _____
6                                    NEW ATTORNEY
7
8  Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
9  COURT.
10
11 DATED:                APPROVED:
12 __2/7/08__            _____
13                       UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

2

308-cr-00142-w-1